AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

QUINTON MICHAEL HEMBREE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     4:04cr00082-02 JMM
USM Number:    17030-045

Lisa Peters
Defendant's Attorney

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2006

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __9, 14, 16 & General__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 9 | Failure to refrain from association with any person convicted of a felony | 12/12/2006 |
| 14 | Failure to participate in a substance abuse treatment program | 12/06/2006 |
| 16 | Failure to serve five months in a community confinement | 12/13/2006 |
| General | Failure to refrain from any unlawful use of a controlled substance | 12/06/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    ***-**-3133
Defendant's Date of Birth:    **/**/1982

Defendant's Residence Address:
Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:
Redacted Pursuant to JCUS Policy

December 27, 2006
Date of Imposition of Judgment

_/s/ James M. Moody_
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

Dec 27, 2006
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2    Imprisonment

|  |  |
|---|---|
| DEFENDANT: QUINTON MICHAEL HEMBREE | Judgment — Page  2  of  2 |
| CASE NUMBER: 4:04cr00082-02 JMM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    thirteen (13) months and twenty (20) days

X    The court makes the following recommendations to the Bureau of Prisons:
     Defendant shall participate in residential or non-residential substance abuse treatment during incarceration.
     Defendant shall receive credit for time served.
     Defendant shall serve his term of imprisonment in Springfield, Missouri.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                            By _____
                                                    DEPUTY UNITED STATES MARSHAL